# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 17-00017(A)-JLS-1 |
| Date | March 22, 2019 |

Present: The Honorable **JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Terry Guerrero | Deborah Parker | Carolyn Small |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Aurelio Ramirez | X | X | | Andrea Jacobs, DFPD | X | X | |

**Proceedings:** SENTENCING - NON-EVIDENTIARY

    Defendant present in court unshackled. Sentencing hearing held. Theses proceedings were ordered closed and the transcript sealed pending further order of the Court. See separate Judgment and Probation/Commitment Order.

|  | 00 : 30 |
|---|---|
| Initials of Deputy Clerk | tg |